No. 90–6450.   VAUGHN ET AL. *v.* GRIFFITH.   Sup. Ct. Ala. Certiorari denied.

No. 90–6452.   HINCAPIE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–6455.   PARSON *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–6462.   JAMES *v.* WYOMING.   Sup. Ct. Wyo.   Certiorari denied.

No. 90–6466.   CARRAO *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 90–6467.   DRAKE *v.* CITY OF LOS ANGELES, PERSONNEL DEPARTMENT.   C. A. 9th Cir.   Certiorari denied.

No. 90–6476.   GIDEON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6477.   ENTEL *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6478.   CRUICKSHANK *v.* AMERICAN HONDA.   Ct. App. Mich.   Certiorari denied.

No. 90–6479.   BERKELBAUGH *v.* PETSOCK ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–6481.   WHEAT *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 90–6482.   CALO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6483.   ELLIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6484.   BROWN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6485.   GREEN *v.* WHITLEY, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–6489.   REID *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.